UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMANUEL STRONG,

                Plaintiff,

-against-

CITY OF NEW YORK; ELIZABETH LUNDI, ASSISTANT COMMISSIONER, NEW YORK CITY DEPARTMENT OF CORRECTION; ANTOINETTE CORT, ASSISTANT COMMISSIONER, DOC; ELYN RIVERA, DEPUTY WARDEN, GEORGE R. VIERNO CENTER; GEORGE GUSTAVE, ASSISTANT DEPUTY WARDEN, GRVC; NAHEIM STOKES, DEPUTY WARDEN, GRVC; DYMITA HARPER, CAPTAIN, GRVC,

                Defendants.

24-CV-2315 (JPC)

ORDER OF SERVICE

---

JOHN P. CRONAN, United States District Judge:

The Clerk of Court is directed to issue summonses as to Defendants: (1) the City of New York; (2) Elizabeth Lundi, Assistant Commissioner, New York City Department of Correction ("DOC"); (3) Antoinette Cort, Assistant Commissioner, DOC; (4) Elyn Rivera, Deputy Warden, George R. Vierno Center ("GRVC"); (5) George Gustave, Assistant Deputy Warden, GRVC; (6) Naheim Stokes, Deputy Warden, GRVC; and (7) Dymita Harper, Captain, GRVC. Plaintiff is directed to serve the summons and complaint on Defendants within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

Plaintiff may receive court documents by email by completing the attached form, Consent to Electronic Service.[1]

SO ORDERED.

Dated: April 22, 2024
New York, New York

JOHN P. CRONAN
United States District Judge

---

[1] If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.

## CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____
Name (Last, First, MI)

_____  _____  _____  _____
Address          City             State            Zip Code

_____                   _____
Telephone Number                  E-mail Address

_____                   _____
Date                              Signature