

**MEMO ENDORSED**

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Andrea M. Martin**
*Assistant Corporation Counsel*
Phone: (212) 356-3549
andmarti@law.nyc.gov

October 1, 2024

**BY ECF**
Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Strong v. The City of New York, et al.
24-cv-02315 (JPC)(GS)

Dear Judge Cronan:

I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, attorney for defendants City of New York ("City") and New York City Department of Correction ("DOC") in the above case. I am writing to formally request a stay in proceedings in the above-captioned matter due to the interlocutory appeal filed by Plaintiff *pro se* on September 23, 2024.

Plaintiff's interlocutory appeal raises significant legal issues that may directly affect my response to Plaintiff's amended complaint and the overall direction of this litigation in Court. Given the potential ramifications of the Court's decision, a stay is necessary to avoid unnecessary legal expenditures and to ensure the proceeding does not move forward without clarity.

I thank the Court for the time and attention to this matter.

Respectfully submitted,

/s/
Andrea M. Martin
Assistant Corporation Counsel

cc: All Counsel of Record (via ECF)

Application granted. This action is STAYED pending resolution of Plaintiff's appeal.

Date: 10/9/24
New York, NY

**SO ORDERED:**

*/s/ Gary Stein*

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE