UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
EMANUEL STRONG,                                                        :
                                                                       :
                            Plaintiff,                                 :
                                                                       :            24 Civ. 2315 (JPC)
          -v-                                                          :
                                                                       :            <u>ORDER</u>
THE CITY OF NEW YORK, et al.,                                          :
                                                                       :
                            Defendants.                                :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Plaintiff Emmanuel Strong, proceeding pro se, brings claims against the City of New York, the New York City Department of Corrections, and various state employees, alleging, among other things, that he was denied timely workers' compensation and reasonable accommodations while employed as a correctional officer in violation of federal and state law. Dkt. 1. On August 22, 2024, the Honorable Judge Gary Stein—to whom the Court referred this case for general supervision of pretrial proceedings and to issue a report and recommendation on any dispositive motion, Dkt. 5—issued an Order directing the Clerk of Court to strike Plaintiff's First Amended Complaint and directing Defendants to inform the Court if they consented to Plaintiff filing his proposed Second Amended Complaint. Dkt. 21. On September 3, 2024, Plaintiff moved for a preliminary injunction, seeking to enjoin the City of New York from continuing with administrative proceedings related to this action. Dkt. 27. Shortly thereafter, on September 23, 2024, Plaintiff filed a Notice of Interlocutory Appeal, appealing Judge Stein's August 22 Order to the Second Circuit, Dkt. 28. In light of the appeal, the City requested, and Judge Stein granted, a stay pending resolution of Plaintiff's appeal. Dkts. 30, 31. On February 14, 2025, the Court was notified that the Second Circuit dismissed Plaintiff's appeal for lack of jurisdiction. Dkt. 35. And

on March 19, 2025, Judge Stein lifted the stay in this action. Dkt. 36. Given that more than six months have passed since Plaintiff filed his motion seeking to enjoin an ongoing administrative proceeding that presumably continued while this case was stayed, the Court denies Plaintiff's motion for a preliminary injunction without prejudice. Should Plaintiff still seek injunctive relief, Plaintiff may refile his motion for a preliminary injunction by April 24, 2025, informing the Court of any relevant events that have transpired since September 3, 2024. The Clerk of Court is respectfully directed to terminate the motion pending at Docket Number 27.

SO ORDERED.

Dated: March 21, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge