UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMANUEL STRONG,<br>Plaintiff,<br>- against -<br>THE CITY OF NEW YORK, et al.,<br>Defendants. | 24 Civ. 2315 (JPC) (GS)<br>**ORDER** |

**GARY STEIN, United States Magistrate Judge:**

On August 27, 2026, Defendants filed a motion to stay this action pending the resolution of related state and administrative proceedings. (Dkt. No. 50). Plaintiff has not submitted a response or opposition to Defendants' motion. Plaintiff also did not submit an opposition to Defendants' motion to dismiss Plaintiff's Second Amended Complaint filed on December 8, 2025 (Dkt. No. 37), which the Court subsequently granted in part and denied in part (Dkt. Nos. 48, 49). In fact, although Plaintiff made numerous filings on the docket early on in this case, he has submitted nothing on the docket since filing the Second Amended Complaint on March 19, 2025, more than a year and a half ago. Accordingly, the Court is unsure whether Plaintiff still wishes to prosecute this action.

Plaintiff **must** therefore submit a letter to the Court by no later than October 19, 2026, indicating whether he intends to continue to prosecute this action, and outlining his position is on Defendants' motion for a stay. Defendants' time to answer the Second Amended Complaint is hereby extended to November 4, 2026. Although Plaintiff has consented to receive electronic filings in this case (Dkt. Nos. 12, 13), the Clerk of Court is respectfully directed to mail this

Order to Plaintiff and to email this Order to Plaintiff at the mailing address and email address indicated on the docket.

**SO ORDERED.**

DATED: New York, New York
October 5, 2026

The Honorable Gary Stein
United States Magistrate Judge